COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Cause number and style: 01–13–00240–CV; *In re Milton*

Date motion filed: January 3, 2014

Party filing motion: Nicolette Milton

It is **ordered** that the motion for en banc reconsideration is denied.

Judge's signature: /s/ Jane Bland
     Acting for the Court

Justice Keyes would grant the motion.

En banc consideration before Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Massengale, Huddle and Brown. Justice Sharp not participating.

Date: January 27, 2014